IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINA SEROTTE, | |
|     Plaintiff, | No. C 10-01670 JSW |
| v. | |
| MARIN COUNTY DISTRICT ATTORNEY, et al., | **ORDER TO SHOW CAUSE** |
|     Defendants. | |

Plaintiff filed proofs of service indicating that the Defendants were served on April 21, 2010. To date, none of the Defendants have answered. Despite the fact that the time to file answers has passed, Plaintiff has not yet moved for entry of default. Moreover, in an Order dated April 20, 2010, the Court set a case management conference for July 23, 2010 at 1:30 pm. Plaintiff was required but failed to file a case management statement by July 16, 2010. Therefore, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than August 5, 2010, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by August 5, 2010 shall result in dismissal of this matter without prejudice.

///

///

///

///

The Court FURTHER ORDERS that the case management conference currently scheduled for July 23, 2010 is CONTINUED to August 27, 2010. The case management statement is due by August 20, 2010.

**IT IS SO ORDERED.**

Dated: July 21, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2