IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINA SEROTTE,<br><br>           Plaintiff,<br><br>  v.<br><br>MARIN COUNTY DISTRICT ATTORNEY,<br>et al.,<br><br>           Defendants.<br>_____/ | No. C 10-01670 JSW<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE; (2) CONTINUING HEARING; AND (3) SETTING BRIEFING SCHEDULE** |

The Court has received Plaintiff's response to the Order to Show Cause. The Order to Show Cause is HEREBY DISCHARGED.

This matter is set for a hearing on September 10, 2010 at 9:00 a.m. on the motion to enter default filed by plaintiff Elaina Serotte ("Plaintiff") and for a hearing on September 17, 2010 at 9:00 a.m. on the motion to dismiss filed by defendant Defendants Marin County (improperly sued as the Marin County District Attorney's Office) and Edward S. Berberian, Jr., the Main County District Attorney, sued in his individual capacity (collectively "Defendants"). The Court HEREBY CONTINUES the hearing on Plaintiff's motion to enter default to September 17, 2010. Any opposition to either of these motions shall be filed by no later than August 25, 2010 and the replies, if any, shall be filed by no later than September 1, 2010.

///

///

///

1  The Court FURTHER ORDERS that the case management conference currently set for
2  August 27, 2010 is CONTINUED to November 5, 2010 at 1:30 p.m.
3  **IT IS SO ORDERED.**

5  Dated: August 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2